MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED
2011 AUG -4   A 11: 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANFORD WALLACE,<br><br>    Defendant. | No. 11-00456 ~~EDJ~~ EJD<br><br>UNITED STATES' MOTION AND [~~PROPOSED~~] ORDER TO UNSEAL INDICTMENT |

The United States, through undersigned counsel, respectfully moves this Court to unseal the indictment and arrest warrant in the above-captioned matter. The defendant, who is represented by counsel, is aware of the charges, and is scheduled to self-surrender to agents from the Federal Bureau of Investigation tomorrow morning. Therefore, it is no longer necessary for the indictment and arrest warrant to be sealed.

DATED: 8/3/11

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Susan Knight*
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the above-captioned indictment and arrest warrant are unsealed.

DATED: 8/3/2011

_____
PAUL S. GREWAL
United States Magistrate Judge