2124981

# United States District Court
## Northern District of California

SEALED BY ORDER OF COURT

UNITED STATES OF AMERICA,

V.

WARRANT FOR ARREST

# Sanford Wallace
### aka "The Spam King," aka "Spamford," aka "David Frederix"

## Case Number: CR-11-00456-EJD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Sanford Wallace, aka "The Spam King," aka "Spamford," aka "David Frederix"**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   () Information   () Complaint
() Order of Court   () Violation Notice   () Probation Violation Petition

charging him or her with: See Below

**Counts 1, 3, & 7:** 18§ 1037(a)(1)and (b)(2)(A) - Fraud and Related Activity in Connection with Electronic Mail

**Counts 2, 6, & 9:** 18§ 1030(a)(5)(A)and (c)(4)(B)(i) - Intentional Damage to a Protected Computer

**Counts 4 & 8:** 18§ 1037(a)(2) and (b)(2)(C) - Fraud and Related Activity in Connection With Electronic Mail

**Count 5:** 18§ 1037(a)(4) and (b)(2)(B) - Fraud and Related Activity in Connection With Electronic Mail

**Counts 10&11:** 18§ 401(3) - Criminal Contempt

| | |
|---|---|
| **Cita F. Escolano** | **CR-Case Systems Administrator** |
| Name of Issuing Officer | Title of Issuing Officer |
| *Cita F. Escolano* | |
| Signature of Issuing Officer | **July 7, 2011, San Jose, CA** |
| | Date and Location |

Bail fixed at $ **NO BAIL**     by     **Paul S. Grewal**

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at CAMPBELL, CA | | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 8/4/2011 | SA ABBY FONTANA | |