MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5061
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00456 EJD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | HEARING AND EXCLUDING TIME |
| SANFORD WALLACE, | ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |
| | ) | |

    The undersigned parties respectfully request that the status hearing currently scheduled for April 16, 2012 be continued to May 7, 2012.  The reason for the continuance is that K.C. Maxwell, who represents the defendant, will be unavailable on April 16th due to a day-long hearing before the Financial Industry Regulatory Authority.  Therefore, the parties request a status appearance on May 7, 2012 and request an exclusion of time under the Speedy Trial Act from April 16, 2012 through May 7, 2012.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  Furthermore, the parties anticipate meeting about the case prior to the next court date in order to advise the Court about the respective positions of the parties.

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney

DATED: 4/4/12                           _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney


DATED: 4/4/12                           _____/s/_____
                                        K.C. MAXWELL
                                        Counsel for Mr. Wallace


## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for April 16, 2012 is continued to May 7, 2012.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from April 16, 2012 through May 7, 2012.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:  April 6, 2012                   _____
                                        EDWARD J. DAVILA
                                        United States District Judge