1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Criminal Chief

4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone:  (408) 535-5061
7       FAX: (408) 535-5066
        Susan.Knight@usdoj.gov
8

9   Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,        )   No. CR 11-00456 EJD
                                     )
15          Plaintiff,               )
                                     )   STIPULATION AND [PROPOSED]
16          v.                       )   ORDER CONTINUING STATUS
                                     )   HEARING AND EXCLUDING TIME
17  SANFORD WALLACE,                 )   UNDER THE SPEEDY TRIAL ACT
                                     )
18          Defendant.               )
                                     )   SAN JOSE VENUE
19  _____)

20          The undersigned parties respectfully request that the status hearing currently scheduled

21  for August 6, 2012 be continued to October 1, 2012.  The reason for the continuance is that

22  K.C. Maxwell, who represents the defendant, is continuing her investigation.  In addition, the

23  parties need to meet and confer about the case.  The parties also request an exclusion of time

24  under the Speedy Trial Act from August 6, 2012 through October 1, 2012.  The parties agree and

25  stipulate that an exclusion of time is appropriate based on the defendant's need for effective

26  preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

27  //

28  //

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney

DATED: 7/30/12                    _____
                                          /s/
                                  SUSAN KNIGHT
                                  Assistant United States Attorney


DATED: 7/30/12                    _____
                                          /s/
                                  K.C. MAXWELL
                                  Counsel for Mr. Wallace


## **ORDER**

     Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing

scheduled for August 6, 2012 is continued to October 1, 2012.

     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

August 6, 2012 through October 1, 2012.  The Court finds, based on the aforementioned reasons,

that the ends of justice served by granting the requested continuance outweigh the best interest of

the public and the defendant in a speedy trial.  The failure to grant the requested continuance

would deny defense counsel reasonable time necessary for effective preparation, taking into

account the exercise of due diligence, and would result in a miscarriage of justice.  The Court

therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A)

and (B)(iv).

SO ORDERED.


DATED:  July 30, 2012            _____
                                  EDWARD J. DAVILA
                                  United States District Judge