UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 2 mins

## CRIMINAL MINUTES

**Judge: Edward J. Davila**　　**Courtroom Deputy: Elizabeth Garcia**
**Date:**　October 1, 2012　　　**Court Reporter: Irene Rodriguez**
**Case No.: CR-11-00456-EJD**　**U.S. Probation Officer: N/A**
**Related Case Nos.: N/A**　　**U.S. Pretrial Services Officer: N/A**
　　　　　　　　　　　　　　　**Interpreter:**　N/A

## CASE TITLE

USA v.  Sanford Wallace (NC)(NP)

## APPEARANCES

**Attorney(s) for Government**: Susan Knight
**Attorney(s) for Defendant(s)**: Jen French for K.C. Maxwell

## PROCEEDINGS

**Status Hearing**

## ORDER AFTER HEARING

Hearing held.  The Court continued the matter to November 19, 2012 at 9:00 AM for Further Status Hearing.  Time excluded from October 1, 2012 through November 19, 2012 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC: