1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 421811)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone:  (408) 535-5061
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8

9  Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,        )   No. CR 11-00456 EJD
                                    )
15      Plaintiff,                  )
                                    )   STIPULATION AND [PROPOSED]
16      v.                          )   ORDER CONTINUING STATUS
                                    )   HEARING AND EXCLUDING TIME
17 SANFORD WALLACE,                 )   UNDER THE SPEEDY TRIAL ACT
                                    )
18      Defendant.                  )
                                    )   SAN JOSE VENUE
19 _____ )

20      The undersigned parties respectfully request that the status hearing currently scheduled

21 for August 12, 2013 be continued to September 23, 2013.  The reason for the continuance is that

22 the government needs additional time to prepare a plea agreement, and afford defense counsel an

23 opportunity to review the agreement and conduct any further investigation.  In addition, the

24 parties request an exclusion of time under the Speedy Trial Act from August 12, 2013 through

25 September 23, 2013.  The parties agree and stipulate that an exclusion of time is appropriate

26 based on the defendant's need for effective preparation of counsel.  18 U.S.C. §

27 3161(h)(7)(B)(iv).

28 //

STIPULATION AND [PROPOSED] ORDER
NO. CR 11-00456 EJD

SO STIPULATED:   MELINDA HAAG
  United States Attorney

DATED: 8/8/13   _____/s/_____
  SUSAN KNIGHT
  Assistant United States Attorney

DATED: 8/8/13   _____/s/_____
  K.C. MAXWELL
  Counsel for Mr. Wallace

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for August 12, 2013 is continued to September 23, 2013

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 12, 2013 through September 23, 2013.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 8/8/2013   _____
  EDWARD J. DAVILA
  United States District Judge