WILLIAM W. BURNS, ESQ., SBN: 44187
LAW OFFICES OF WILLIAM W. BURNS
15720 WINCHESTER BLVD., SUITE 201
LOS GATOS, CALIFORNIA 95030
TELEPHONE: (408) 395-2226
FACSIMILE: (408) 395-6480

<u>Attorney For Defendant Sanford Wallace</u>

FILED
JUL 18 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>SANFORD WALLACE,<br><br>Defendant | CASE NO. CR 11-00456 EJD<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>DATE: JULY 21, 2014<br>TIME: 9:00 A.M.<br>COURTROOM: 4<br>JUDGE: HON. EDWARD J. DAVILA |

_____/

WILLIAM W. BURNS, ESQ., hereby gives **NOTICE** of his Motion to withdraw as Counsel of Record for Sanford Wallace, Defendant. This Motion is based upon this Notice and the Declaration of William W. Burns, ESQ. in Support of Motion To Withdraw As Counsel Of Record.

Dated: <u>July 17, 2014</u>

*MOTION TO WITHDRAW*           -1-

## DECLARATION OF WILLIAM W. BURNS, ESQ.
## IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, WILLIAM W. BURNS, ESQ., herby declare:

1. That I am an Attorney committed to practice before all of the Courts of the State of California and the United States District Courts of Northern California;

2. That I entered into a Retainer Agreement with Defendant Sanford Wallace to defend him in the instant Case. That Mr. Wallace has failed to comply with the requirement of our Retainer Agreement., and that despite reminders by the Office, he continues to be in the breach of the Retainer Agreement.

3. That the failure of Mr. Wallace to perform according to the terms of the Retainer Agreement has made it <u>extremely</u> difficult to represent him in this Case;

4. This Office has **not** been able to communicate with Mr. Wallace. Our telephone calls and letters requesting a meeting to discuss the Case have gone unanswered. Mr. Wallace has disconnected the two (2) contact numbers he gave to this Office;

5. I was retained in accordance with the laws of the State of California. A copy of this *MOTION TO WITHDRAW* has been sent to Mr. Wallace in accordance with *California Rule of Court 3.162* entitled Motion To Be Relieved as Counsel.

6. By this Motion, I ask the Court to allow me to withdraw from representation of Defendant Sanford Wallace.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Dated: July 17, 2014

WILLIAM W. BURNS, ESQ.

*MOTION TO WITHDRAW* -2-

## ORDER

Accordingly, for good cause shown, this Court **HEREBY ORDERS** that **WILLIAM W. BURNS, ESQ.,** be allowed to withdrawn as Counsel of Record for Defendant Sanford Wallace.

SO ORDERED:

DATED:

_____
HON. EDWARD J. DAVILA
United States District Judge

*MOTION TO WITHDRAW*                -3-

## PROOF OF SERVICE

CASE NAME: UNITED STATES VS. SANFORD WALLACE
        *CASE NO. CR 11-00456 EJD*

I am a citizen of the United States. My address is 15720 Winchester Blvd, Suite 201 California. I am over the age of 18 years, and am not a party to the within action. On the date set forth below, I served the forgoing document(s) described as follows:

    MOTION TO WITHDRAW AS COUNSEL OF RECORD

The person served in Henderson, Nevada was:

    SANFORD WALLACE
    519 INNESS AVENUE
    HENDERSON, NEVADA 89011

[X]   *(BY MAIL)* I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit: that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date signed below following ordinary business practices. [CERTIFICATE OF MAILING]

[ ]   *(BY PERSONAL SERVICE)* I caused such envelope(s) to be delivered by hand this date to the persons listed above.

[ ]   *(STATE)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   *(FEDERAL)* I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury that the forgoing is true and correct.

[ ]   FACSIMILE

Executed on  JULY 17, 2014  at Los Gatos, California

                                    */s/ Ann Purpus*
                                    ANN PURPUS

# PROOF OF SERVICE

CASE NAME: UNITED STATES VS. SANFORD WALLACE
CASE NO. CR 11-00456 EJD

I am a citizen of the United States. My address is 15720 Winchester Blvd, Suite 201 California. I am over the age of 18 years, and am not a party to the within action. On the date set forth below, I served the forgoing document(s) described as follows:

MOTION TO WITHDRAW AS COUNSEL OF RECORD

The person served in the City of San Jose, Santa Clara County, California:

SUSAN KNIGHT, ESQ.
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
150 ALMADEN BLVD., SUITE 900
SAN JOSE, CALIFORNIA 95113

[X] *(BY MAIL)* I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit: that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date signed below following ordinary business practices.

[ ] *(BY PERSONAL SERVICE)* I caused such envelope(s) to be delivered by hand this date to the persons listed above.

[ ] *(STATE)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] *(FEDERAL)* I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury that the forgoing is true and correct.

[X] FACSIMILE

Executed on JULY 17, 2014 at Los Gatos, California

_____
ANN PURPUS