Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
95 S. Market Street, Suite 300
San Jose, California 95113
(650) 319-5554 telephone
(4150 874-7082 facsimile
whelanlaw@gmail.com

Attorney for Defendant
SANFORD WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

SANFORD WALLACE,

    Defendant.

Case No. CR-11-456-EJD

**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF RELEASE**

Defendant Sanford Wallace, by and through his attorney of record, Wm. Michael Whelan, Jr., and the United States, by and through Assistant United States Attorney Susan Knight, hereby stipulate that the pretrial release condition requiring random drug testing be terminated. The defendant's US Pretrial Services Officers Ladreena Walton and Terry Wheaton (in Las Vegas) do not oppose this request since he has never tested positive.

///

///

///

-1-

DATED: September 29, 2014          MELINDA HAAG
                                   United States Attorney


                                   _____/s/_____
                                   SUSAN KNIGHT
                                   Assistant United States Attorney


                                   _____/s/_____
                                   WM. MICHAEL WHELAN, JR.
                                   Counsel for Defendant


## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the defendant Sanford Wallace shall no longer be required as a term and condition of his pretrial release to be drug tested.

IT IS SO ORDERED.

DATED: 10/15/2014                  _____
                                   PAUL S. GREWAL
                                   UNITED STATES MAGISTRATE JUDGE