**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Criminal Minute Order**

**TIME IN COURT:** 2 mins (1:43-1:45)

| | |
|---|---|
| Date: April 27, 2015 | U.S. Probation Officer: N/A |
| Courtroom Deputy: Elizabeth Garcia | U.S. Pretrial Services Officer: N/A |
| Court Reporter: Irene Rodriguez | Interpreter: N/A |

**CASE NUMBER**: 5:11-cr-00456-EJD
**TITLE: USA v. Sanford Wallace (NC)(P)**

Government Attorney(s) present: Susan Knight, Hanley Chew
Defendant Attorney(s) present: William Michael Whelan

**PROCEEDINGS: Status Conference**

**ORDER AFTER HEARING:**
Hearing held.
The Court continued the matter to June 8, 2015 at 1:30 PM for Further Status Hearing. Defendant shall submit an updated income and expense declaration. The court anticipates setting trial in the fall (September through November) at the next setting. Time is excluded from April 27, 2015 through June 8, 2015 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: