MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5061
    E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 11-00456 EJD |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER VACATING STATUS HEARING DATE AND SETTING A CHANGE OF PLEA HEARING |
|   v. ) | |
| SANFORD WALLACE, ) | |
|     Defendant. ) | |

The undersigned parties respectfully request that the status hearing scheduled for Monday, July 6, 2015 be continued to ~~July 27,~~ August 24 2015 for a change of plea hearing. The parties are diligently working to finalize a plea agreement and anticipate that the defendant will change his plea on ~~July 27,~~ August 24 2015.

SO STIPULATED.

DATED: June 30, 2015                  MELINDA HAAG
                                           United States Attorney

                                               /s/
                                          SUSAN KNIGHT
                                          HANLEY CHEW
                                          Assistant United States Attorneys

DATED: June 30, 2015

                                         /s/
                        WM. MICHAEL WHELAN, JR.
                        Counsel for Mr. Wallace

### ORDER AS MODIFIED

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing on July 6, 2015 is vacated and that a change of plea hearing is scheduled for ~~July 27,~~ August 24, 2015 at 1:30 p.m.

SO ORDERED.

DATED: 7/1/2015

                        HON. EDWARD J. DAVILA
                        United States District Judge