UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Edward J. Davila
Courtroom 4 - 5th Floor
**Criminal Minute Order**

**TIME IN COURT**: 25 mins
(3:05 – 3:30 PM)

**Date: August 24, 2015**
**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**

U.S. Probation Officer: N/A
U.S. Pretrial Services Officer: N/A
Interpreter: N/A

**CASE NUMBER**: 5:11-cr-00456-EJD
**TITLE: USA v. Sanford Wallace (NC)(P)**

Government Attorney(s) present: Hanley Chew, Susan Knight
Defendant Attorney(s) present: Wm Michael Whelan

**PROCEEDINGS: Change of Plea Hearing**

**ORDER AFTER HEARING:**
**Hearing held.**
The defendant entered an guilty plea as to Count Three of the Indictment. A plea agreement was executed in open court. The Court ordered the plea recorded. The Court referred the matter to the probation office for preparation of presentence investigation report. The Court set a date of Judgment and Sentencing on December 7, 2015 at 1:30 PM

*Elizabeth C. Garcia*

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC: